IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN BLAKE, | ) |
| | ) |
| Petitioner, | )   Case No. 1:08-cv-122-SJM-SPB |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on April 28, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on November 22, 2010 [9], recommends that the instant petition for writ of habeas corpus be dismissed for lack of subject matter jurisdiction. Petitioner was allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at his address of record. No objections to the Report and Recommendation have been filed.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 14th day of December, 2010;

IT IS ORDERED that the Petition for Writ of Habeas Corpus be, and hereby is, DISMISSED for lack of subject matter jurisdiction.

The Report and Recommendation of Magistrate Judge Baxter, filed on November 22, 2010 [9], is adopted as the opinion of the Court.

                                                   s/    Sean J. McLaughlin
                                                        SEAN J. McLAUGHLIN
                                                        United States District Judge

cm:    All parties of record
         U.S. Magistrate Judge Susan Paradise Baxter